[Nos. 14544-8-II; 14545-6-II.   Division Two.   December 10, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JULIE
SNYDER, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. YOLANDA
DENISE POUNCEY, *Appellant*.

Appeals from judgments of the Superior Court for Pierce
County, Nos. 187327R50, 95823R90, Terry D. Sebring, J.,
entered November 19, 1990. *Dismissed* by unpublished
opinion per Alexander, J., concurred in by Petrich, C.J., and
Seinfeld, J.

[No. 15262-2-II.   Division Two.   December 10, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK
DAVID BOLF, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 91-1-01456-8, Arthur W. Verharen, J., entered
August 26, 1991. *Affirmed* by unpublished opinion per
Petrie, J. Pro Tem., concurred in by Morgan, A.C.J., and
Alexander, J.

[No. 12081-3-III.   Division Three.   December 10, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. SYNTHIA
A. KOOPMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan
County, No. 91-1-00290-9, Ted Walter Small, Jr., J., entered
December 4, 1991. *Affirmed* by unpublished opinion per
Munson, J., concurred in by Shields, C.J., and Thompson, J.
Now published at 68 Wn. App. 514.